WR-62,099-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/8/2015 12:55:52 PM
Accepted 4/8/2015 1:12:29 PM
ABEL ACOSTA
CLERK

No. WR-62,099-03

RECEIVED
COURT OF CRIMINAL APPEALS
4/8/2015
ABEL ACOSTA, CLERK

## IN THE
## COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS

**In re Robert Lynn Pruett,**

Petitioner,

vs.

**William Stephens**,
Director, Texas Department of Criminal Justice,
Correctional Institutions Division

Respondent.

_____

## MOTION FOR STAY OF EXECUTION
## PENDING DISPOSITION OF
## PETITION FOR WRIT OF PROHIBITION

_____

## CAPITAL CASE
## MR. PRUETT IS SCHEDULED TO BE EXECUTED ON APRIL 28, 2015.

_____

David R. Dow
Texas Bar No. 06064900
ddow@central.uh.edu
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
TEL: (713) 743-2171
FAX: (713) 743-2131

No. WR-62,099-03

IN THE
COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

**In re Robert Lynn Pruett,**

Petitioner,

vs.

**William Stephens**,
Director, Texas Department of Criminal Justice,
Correctional Institutions Division

Respondent.

———————————————————

**MOTION FOR STAY OF EXECUTION
PENDING DISPOSITION OF
PETITION FOR WRIT OF PROHIBITION**

———————————————————

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL
APPEALS:**

Relator-Petitioner Robert Lynn Pruett files this motion for a stay of execution pending the disposition by this Court of his petition for writ of prohibition filed pursuant to Rule 72.1 of the Texas Rules of Appellate Procedure. Mr. Pruett is scheduled to be executed on Tuesday, April 28, 2015, after 6 o'clock p.m., pursuant to his conviction and sentenced entered in the 156th District Court

of Bee County, Texas. Judge Bert Richardson's order scheduling Pruett's execution was entered on December 17, 2014. In his contemporaneously filed pleadings, Mr. Pruett has moved the Court for leave to file a petition for a writ of prohibition and has filed a petition for a writ of prohibition. The petition asks this Court to enter an order prohibiting the Director from carrying out Pruett's execution. Mr. Pruett is entitled to a stay of execution pending the disposition of his petition for a writ of prohibition because there exists a likelihood that he will suffer irreparable injury if a stay of execution is denied. Without a stay of execution, the State will execute Mr. Pruett while serious questions remain as to whether the State has violated the Eighth or Fourteenth Amendment by failing to properly preserve physical evidence and thereby prevent Pruett from proving that he is innocent of Daniel Nagle's murder.

## PRAYER FOR RELIEF

Accordingly, Mr. Pruett respectfully requests that this Court stay his execution scheduled for April 28, 2015 and grant any other relief that law or justice may require.

Respectfully Submitted,

s/ David R. Dow

_____

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131

*Counsel for Robert Pruett*

**CERTIFICATE OF SERVICE**

I certify that on the 8th day of April 2015, a true and correct copy of the above legal document was delivered via email to:

Jefferson Clendenin
Assistant Attorney General
Criminal Appeals Division
Texas Bar No. 24059589
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Tel. (512) 936-1600
Fax (512) 320-8132
Email jay.clendenin@texasattorneygeneral.gov


Melinda Fletcher
Special Prosecution Unit
mfletcher@sputexas.org


s/ David R. Dow

_____
David R. Dow

4